IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


AAHTRELL R JOHNSON,

     Petitioner,

v.                          CASE NO. 1:10-cv-00225-MP -GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

     Respondent.
_____/


**O R D E R**

This matter is before the Court on Doc. 6, Respondent's first motion for an

extension of time to respond to the Petition.  Upon due consideration, it is **ORDERED:**

1.  That the motion, Doc. 6, is **GRANTED.**  Respondent shall respond to the
Petition **on or before March 16, 2011.**

2.  Petitioner shall have until **April 15, 2011**, to file a reply, if any.

**DONE AND ORDERED** this 15th day of February 2011.


*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge