IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AAHTRELL R JOHNSON,

    Petitioner,

v.                                         CASE NO. 1:10-cv-00225-MP -GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 9, Respondent's first motion for an extension of time to respond to the Petition. Upon due consideration, it is **ORDERED:**

1. That the motion, Doc. 9, is **GRANTED.** Respondent shall respond to the Petition **on or before April 15, 2011.**

2. Petitioner shall have until **May 16, 2011**, to file a reply, if any.

**DONE AND ORDERED** this 16th day of March 2011.

                                      *s/ Gary R. Jones*
                                      GARY R. JONES
                                      United States Magistrate Judge